UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22040-CIV-JORDAN/TORRES

ANGELY MARIA and
TODD NARSON, individually,
and on behalf of all others
similarly situated,

Plaintiffs,

vs.

APPLE COMPUTER, INC., a
foreign corporation for profit,

Defendant.
_______________________________________/

**AGREED MOTION OF DEFENDANT, APPLE COMPUTER, INC., FOR ENLARGEMENT OF TIME TO SERVE A RESPONSE TO PLAINTIFFS' COMPLAINT**

Defendant, Apple, Inc. ("Apple"),[1] pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves for an enlargement of time up to and including October 22, 2007 to serve its answer or to otherwise respond to Plaintiffs' Complaint ("Response"). The grounds supporting this Agreed Motion are set forth below.

Under the present deadline, Apple's Response to the Complaint is due September 20, 2007. Apple, an out-of-state defendant, has just retained counsel in this putative class action and needs the additional time to prepare a Response to the Complaint.

The extension will not prejudice the Plaintiffs who have agreed to the requested extension and will not delay this case. The Court has authority pursuant to Rule 6(b) to grant extensions of time when, as here, justice so requires.

[1] Apple was improperly named and served in this action as "Apple Computer, Inc."

Dockets.Justia.com

Prior to filing this Agreed Motion, counsel for Apple, Janet Munn spoke telephonically with counsel for Plaintiffs, Patricia Kennedy, in a good faith attempt to resolve the motion by agreement and Ms. Kennedy agreed on behalf of the Plaintiffs to the requested extension.

## CONCLUSION

On the basis of the foregoing, Apple respectfully request that the Court grant its Motion to serve a Response to the Complaint, to and including October 22, 2007.

Respectfully submitted,

Dated: September 18, 2007

**s/ Janet T. Munn**
jmunn@ebglaw.com
Florida Bar No. 501281
EPSTEIN BECKER & GREEN, P.C.
200 S. Biscayne Boulevard, Suite 2100
Miami, FL 33131
305-375-7592 (Telephone)
305-982-1521 (Facsimile)

Of Counsel:

Martin R. Boles, Esq.
Mark T. Cramer, Esq.
Kirkland & Ellis
777 S. Figueroa Street
Los Angeles, California 90017-5800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing:

Matthew Sarelson
msarelson@sarelson.com
Sarelson, P.A.
555 Washington Avenue, Suite 200
Miami Beach, Florida 33139-6639
Telephone: 305-674-3353
Fax: 800-421-9954

John Elliott Leighton
Patricia Kennedy
Leighton@leesfield.com
Leesfield Leighton & Partners, P.A.
2350 S. Dixie Highway
Miami, Florida 33133-2314
Telephone: 305-854-4900
Fax: 305-854-8266

Jay M. Levy, P.A.
jay@jaylevylaw.com
9130 South Dadeland Boulevard
Two Datran Center, Suite 1510
Miami, Florida 33156
Telephone: 305-670-8100
Fax: 305-670-4827

*Attorneys for Plaintiffs*

s/Janet T. Munn