Maria et al v. Apple Computer, Inc.
Doc. 4 Att. 1


# EXHIBIT A

xxx

Dockets.Justia.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22040-CIV-JORDAN/TORRES

ANGELY MARIA and
TODD NARSON, individually,
and on behalf of all others
similarly situated,

Plaintiffs,

vs.

APPLE COMPUTER, INC., a
foreign corporation for profit,

Defendant.
_______________________________________/

**ORDER GRANTING AGREED MOTION OF DEFENDANT, APPLE COMPUTER, INC., FOR AN ENLARGEMENT OF TIME TO SERVE A RESPONSE TO THE COMPLAINT**

THIS CAUSE came before the Court on the Agreed Motion of Defendant, Apple Computer, Inc. ("Apple"), for an enlargement of time to and including October 22, 2007, to serve an answer or otherwise respond to the Plaintiffs' Complaint ("Response"). The Court has considered the Agreed Motion and being otherwise duly advised herein, it is hereby

ORDERED AND ADJUDGED that the Agreed Motion is Granted and that Apple shall have to and including October 22, 2007, to serve a Response to the Complaint.

DONE AND ORDERED in chambers at Miami, Florida this _________day of September 2007.

_______________________________
Adalberto J. Jordan
United States District Judge

cc: See Attached Service List

**Service List**

Janet T. Munn
jmunn@ebglaw.com
Epstein Becker & Green, P.C.
200 South Biscayne Blvd., Suite 2100
Miami, Florida 33131
Telephone: 305.375.7592
Fax: 305.982.1521
*Counsel for Defendant, Apple Computer, Inc.*

Matthew Sarelson
msarelson@sarelson.com
Sarelson, P.A.
555 Washington Avenue, Suite 200
Miami Beach, Florida 33139-6639
Telephone: 305.674.3353
Fax: 800.421.9954
*Counsel for Plaintiffs*

John Elliott Leighton
Leighton@leesfield.com
Patricia Kennedy
Leesfield Leighton & Partners, P.A.
2350 S. Dixie Highway
Miami, Florida 33133-2314
Telephone: 305.854.4900
Fax: 305.854.8266
*Counsel for Plaintiffs*

Jay M. Levy, P.A.
jay@jaylevylaw.com
9130 South Dadeland Boulevard
Two Datran Center, Suite 1510
Miami, Florida 33156
Telephone: 305.670.8100
Fax: 305-670-4827
*Counsel for Plaintiffs*