FILING FEE 1500 968968 PAID In Forma Pauperis Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

2007 OCT 24 PM 1:58

CASE NO. 07-22040-CIV-JORDAN/TORRES

ANGELY MARIA and
TODD NARSON, individually,
and on behalf of all others
similarly situated,

Plaintiffs,

vs.

APPLE COMPUTER, INC., a
foreign corporation for profit,

Defendant.
_______________________________________/

## AGREED MOTION FOR MARTIN R. BOLES TO APPEAR PRO HAC VICE

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Martin R. Boles, of the law firm of Kirkland & Ellis, 777 S. Figueroa Street, Los Angeles, California 90017-5800, Telephone No. 213-680-8428 for purposes of appearing as counsel on behalf of Defendant Apple Inc., ("Apple") in the above-styled case only.

Martin R. Boles certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the Bar of California. Martin R. Boles is also admitted to the United States District Courts listed on Exhibit "A" attached hereto.

In further support of this motion, it is hereby designated that Janet T. Munn is a member of the bar of this Court and maintains an office in this District for the practice of law. She is a person to whom the Court and counsel may readily communicate and upon whom papers may be

Dockets.Justia.com

served. In addition, the law firm of Epstein Becker & Green, P.C., 200 South Biscayne Blvd., Suite 2100, Miami, FL 33131, Telephone: 305.375.7592, Telecopy: 305.982.1521; email: *jmunn@ebglaw.com*, acts as local counsel in this matter on behalf of Apple.

Prior to filing this motion, undersigned counsel for Janet Munn, telephoned counsel for Plaintiffs in a good faith attempt to resolve this motion by agreement and is authorized to represent that Plaintiffs have agreed to this motion.

**CONSENT TO DESIGNATION**

I hereby consent to the foregoing designation.

Dated: October 24, 2007 [signature]
Janet T. Munn

Executed by Martin R. Boles, under penalty of perjury on this 22nd day of October , 2007 at Los Angeles, California

Dated: October 22, 2007

Respectfully submitted,

Martin R. Boles
mboles@kirkland.com
Kirkland & Ellis
777 S. Figueroa Street
Los Angeles, California
Telephone: 213-680-8428
Fax: 213-680-8500

By: [signature]
Martin R. Boles, Esq.

and

Janet T. Munn
jmunn@ebglaw.com
Florida Bar No. 501281
EPSTEIN BECKER & GREEN, P.C.
200 S. Biscayne Boulevard, Suite 2100
Miami, FL 33131
305-375-7592 (Telephone)
305-982-1521 (Facsimile)
*Attorneys for Defendant Apple, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail to all parties listed below this 24th day of October, 2007.

Janet T. Munn

Matthew Sarelson
msarelson@sarelson.com
Sarelson, P.A.
555 Washington Avenue, Suite 200
Miami Beach, Florida 33139-6639
Telephone: 305.674.3353
Fax: 800.421.9954
*Counsel for Plaintiffs*

John Elliott Leighton
Leighton@leesfield.com
Patricia Kennedy
Leesfield Leighton & Partners, P.A.
2350 S. Dixie Highway
Miami, Florida 33133-2314
Telephone: 305.854.4900
Fax: 305.854.8266
*Counsel for Plaintiffs*

Jay M. Levy, P.A.
jay@jaylevylaw.com
9130 South Dadeland Boulevard
Two Datran Center, Suite 1510
Miami, Florida 33156
Telephone: 305.670.8100
Fax: 305-670-4827
*Counsel for Plaintiffs*

# Exhibit A

| FEDERAL BAR ADMISSIONS | |
|---|---|
| **JURISDICTION** | **DATE OF ADMISSION** |
| USDC Northern District of California | 12/11/86 |
| USDC Central District of California | 07/06/90 |
| USDC Southern District of California | 07/06/90 |
| United States Court of Appeals 9th Circuit | 12/11/86 |
| United States Court of Appeals 7th Circuit | 11/01/04 |

| PRO HAC VICE | | |
|---|---|---|
| **JURISDICTION** | **DATE OF ADMISSION** | **CASE NAME AND NUMBER** |
| High Court Republic of the Marshall Islands | 09/18/98 | *RMI v. American Tobacco Co.*<br>1997-261 |
| Court of Common Pleas<br>Cuyahoga County, Ohio | 02/2003 | *Westside Cellular v. New Par, et al.*<br>Case No. 428050 |
| United States District Court for the District of Maryland | 03/23/04 | *King v. Home Depot*<br>1:04-CV00239-WDQ |
| Court of Common Pleas<br>Medina County, Ohio | 04/22/04 | *Thomas et al. v. Home Depot, Inc.*<br>Case No. 04CIV0323 |
| United States District Court<br>Southern District of Indiana<br>Indianapolis Division | 04/23/04 | *RLI v. Conseco, Inc., et al.*<br>Case No.: 1:04-CV-310-LJM-WTL<br>*Russell, et al. v. Conseco Services, et al.*<br>Case No.: 1:02-CV-1639-LJM-WTL |
| Circuit Court<br>Prince George's County, Maryland | 05/04/04 | *Otley v. Home Depot USA, Inc.*<br>Case No. CAL04-03455 |
| Circuit Court of Tennessee<br>30th Judicial District at Memphis<br>Shelby County | 01/10/06 | *Bragg v. American Home Shield, et al.*<br>Case No. 004668-05 |
| United States District Court<br>Southern District of Texas<br>Houston Division | 01/23/06 | *Richardson et al. v. American Home Shield of Texas, Inc., et al.*<br>Case No. H 05 4029 |

| | | |
|---|---|---|
| United States District Court<br>Northern District of Georgia<br>Atlanta Division | 8/18/06 | *Ozarks Coca-Cola/Dr Pepper Bottling Company v. The Coca-Cola Company and Coca-Cola Enterprises Inc.*<br>Case No. 1:06-cv-0853-JTC |
| District Court of Harris County, Texas | 2/12/07 | *American Home Shield of Texas, Inc. v. State of Texas*<br>Case No. 2006-21887 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22040-CIV-JORDAN/TORRES

ANGELY MARIA and
TODD NARSON, individually,
and on behalf of all others
similarly situated,

Plaintiffs,

vs.

APPLE COMPUTER, INC., a
foreign corporation for profit,

Defendant.
_______________________________________/

**ORDER GRANTING AGREED MOTION FOR MARTIN R. BOLES TO APPEAR PRO HAC VICE**

This cause came before the Court upon the application of Martin R. Boles, counsel for Defendant Apple Computer, Inc., for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court:

ORDERS, ADJUDGES and DECREES that the motion be, and the same is hereby, GRANTED.

DONE and ORDERED in Chambers in Miami, Florida, this _____ day of October 2007.

_______________________________________
ADALBERTO J. JORDAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
See Attached Service List

**SERVICE LIST**

Janet T. Munn
jmunn@ebglaw.com
Epstein Becker & Green, P.C.
200 South Biscayne Blvd., Suite 2100
Miami, Florida 33131
Telephone: 305.375.7592
Fax: 305.982.1521
*Counsel for Defendant, Apple Computer, Inc.*

Matthew Sarelson
msarelson@sarelson.com
Sarelson, P.A.
555 Washington Avenue, Suite 200
Miami Beach, Florida 33139-6639
Telephone: 305.674.3353
Fax: 800.421.9954
*Counsel for Plaintiffs*

John Elliott Leighton
Leighton@leesfield.com
Patricia Kennedy
Leesfield Leighton & Partners, P.A.
2350 S. Dixie Highway
Miami, Florida 33133-2314
Telephone: 305.854.4900
Fax: 305.854.8266
*Counsel for Plaintiffs*

Jay M. Levy, P.A.
jay@jaylevylaw.com
9130 South Dadeland Boulevard
Two Datran Center, Suite 1510
Miami, Florida 33156
Telephone: 305.670.8100
Fax: 305-670-4827
*Counsel for Plaintiffs*