UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-22040-CIV-JORDAN

ANGELY MARIA, et al.,
Plaintiffs,
vs.
APPLE COMPUTER, INC.,
Defendants.

**ORDER ON MOTIONS TO APPEAR PRO HAC VICE**

Martin R. Boles [D.E. 7] motion to appear *pro hac vice* in this matter is DENIED WITHOUT PREJUDICE for failing to file a certificate of good standing. Should Mr. Boles wish to renew his motion, he shall include a certificate of good standing from the jurisdiction within which he is certified to practice law.

DONE and ORDERED in chambers in Miami, Florida, this29th day of October, 2007.

Adalberto Jordan
United States District Judge

Copy to: All counsel of record

Dockets.Justia.com