# EXHIBIT A

xxx

Dockets.Justia.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-22040-CIV-JORDAN/TORRES

ANGELY MARIA and TODD NARSON, individually, and on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

APPLE COMPUTER, INC., a foreign corporation for profit,

Defendant.

## [PROPOSED] ORDER SETTING SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MOTIONS TO MAGISTRATE JUDGE

This case will be assigned to the complex case management track, pursuant to S.D. Fla. L.R. 16.1.A. This case is set for trial during the Court's ten-day trial calendar beginning on ________. Calendar call will be held at ________ a.m. on ________, in Courtroom Eight of the United States Courthouse, 301 N. Miami Avenue, Miami, Florida. A pre-trial conference will be held on ________ at ________. The parties shall adhere to this schedule:

| | |
|---|---|
| December 12, 2007 | The parties shall notify the Court whether they consent to trial and final disposition by Magistrate Judge Torres. |
| December 14, 2007 | All motions to amend pleadings or join parties are filed. |
| January 31, 2008 | Deadline for Defendant to file Motion for Judgment on the Pleadings on threshold issues of FACTA's applicability to Internet commerce. |

| | |
|---|---|
| Beginning upon Court's ruling on Motion for Judgment on the Pleadings. | First Discovery Phase. |
| 90 days after ruling on Motion for Judgment on the Pleadings. | Deadline for Plaintiffs to file Motion for Class Certification. |
| 6 months after class certification is resolved. | Completion of Second Discovery Phase, on remaining merits issues. |
| 6 months after class certification is resolved. | Parties exchange expert witness summaries and reports required by S.D. Fla. L.R.16.1.K. |
| 6 months and 30 days after class certification is resolved. | Parties exchange rebuttal expert witness summaries and reports required by S.D. Fla. L.R.16.1.K. |
| 8 months after class certification is resolved. | Completion of expert witness discovery. |
| 10 months after class certification is resolved. | Deadline to file Motion for Summary Judgment on the issue of "willfulness." |
| 11 months after class certification is resolved. | Disclosure of fact witnesses for trial. |
| ______________________ | All pre-trial motions other than motions *in limine* are filed. |
| ______________________ | Resolution of all pretrial motions other than motions *in limine* by the Court. |
| ______________________ | Parties to have completed mediation. |
| 12 months after class certification is resolved. | Deadline to file motions *in limine* and motions to exclude or limit proposed expert witness testimony. |
| ______________________ | Parties to submit joint pre-trial stipulation and proposed jury instructions. |

DONE and ORDERED in chambers in Miami, Florida, this ___ day of ______________.

______________________________________

Adalberto Jordan
United States District Judge

Copies to: Magistrate Judge Torres
All counsel of record