FILING FEE
PAID 75.
In Forma Pauperis 969401
Clarence Maddox, Clerk

2007 NOV 13 PM 3:59
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22040-CIV-JORDAN/TORRES

ANGELY MARIA and
TODD NARSON, individually,
and on behalf of all others
similarly situated,

Plaintiffs,

vs.

APPLE COMPUTER, INC., a
foreign corporation for profit,

Defendant.
_________________________________________/

**AGREED AMENDED MOTION FOR LIMITED APPEARANCE OF MARTIN R. BOLES, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Martin R. Boles ("Mr. Boles"), of the law firm of Kirkland & Ellis, 777 S. Figueroa Street, Los Angeles, California 90017-5800, Telephone No. 213-680-8428 for purposes of appearing as counsel on behalf of Defendant Apple Inc. ("Apple"), in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Mr. Boles to receive electronic filings in this case and in support thereof states as follows:

1. Mr. Boles is not admitted to practice in the Southern District of Florida but is a member in good standing of the Bar of California. Mr. Boles is also admitted to the United



Dockets.Justia.com

States District Courts for the Northern, Central and Southern Districts of California and United States Courts of Appeals for the Ninth and Seventh Circuits.

2. Movant, Janet T. Munn, Esquire, of the law firm of Epstein Becker & Green, P.C., 200 South Biscayne Blvd., Suite 4300, Miami, FL 33131, Telephone: 305.579.3232, Telecopy: 305.579.3201; email: *jmunn@ebglaw.com*, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the Local Rules of this Court, Mr. Boles has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4B is attached hereto as Exhibit "A" and a certificate of good standing from The California Bar is attached hereto as Exhibit "B," as required by the Court's Order of October 30, 2007.

4. Mr. Boles, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to him at mboles@kirkland.com.

5. Prior to seeking pro hac vice admission for Mr. Boles, undersigned counsel for Apple, Janet Munn, telephoned counsel for Plaintiffs in a good faith attempt to resolve this motion by agreement and is authorized to represent that Plaintiffs have agreed to this motion.

WHEREFORE, Janet T. Munn, moves for the entry of an Order permitting Martin R. Boles to appear before this Court on behalf of Apple for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Mr. Boles. A copy of a proposed Order has been attached to this Motion as Exhibit "C."

Dated: November 13, 2007

Respectfully submitted,

Janet T. Munn
jmunn@ebglaw.com
Florida Bar No. 501281
EPSTEIN BECKER & GREEN, P.C.
200 S. Biscayne Boulevard, Suite 4300
Miami, FL 33131
305-579.3232 (Telephone)
305-579.3201 (Facsimile)
*Attorneys for Defendant Apple, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by U.S. Mail to all parties listed below this 13th day of November, 2007.

Matthew Sarelson
msarelson@sarelson.com
Sarelson, P.A.
555 Washington Avenue, Suite 200
Miami Beach, Florida 33139-6639
Telephone: 305.674.3353
Fax: 800.421.9954
*Counsel for Plaintiffs*

John Elliott Leighton
Leighton@leesfield.com
Patricia Kennedy
Leesfield Leighton & Partners, P.A.
2350 S. Dixie Highway
Miami, Florida 33133-2314
Telephone: 305.854.4900
Fax: 305.854.8266
*Counsel for Plaintiffs*

Jay M. Levy, P.A.
jay@jaylevylaw.com
9130 South Dadeland Boulevard
Two Datran Center, Suite 1510
Miami, Florida 33156
Telephone: 305.670.8100
Fax: 305-670-4827
*Counsel for Plaintiffs*

Janet T. Munn

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22040-CIV-JORDAN/TORRES

ANGELY MARIA and
TODD NARSON, individually,
and on behalf of all others
similarly situated,

Plaintiffs,

vs.

APPLE COMPUTER, INC., a
foreign corporation for profit,

Defendant.
_______________________________________/

**CERTIFICATION OF MARTIN R. BOLES SEEKING LIMITED APPEARANCE**

Martin R. Boles, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of California and I am a member of the United States District Courts for the Northern, Central and Southern Districts of California.

_______________________________
Martin R. Boles

# EXHIBIT B

THE STATE BAR OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

October 30, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARTIN REEVES BOLES, #124159 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 1986; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22040-CIV-JORDAN/TORRES

ANGELY MARIA and
TODD NARSON, individually,
and on behalf of all others
similarly situated,

Plaintiffs,

vs.

APPLE COMPUTER, INC., a
foreign corporation for profit,

Defendant.
_______________________________________/

**ORDER GRANTING AGREED AMENDED MOTION FOR LIMITED APPEARANCE OF MARTIN R. BOLES, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE came before the Court on the Agreed Amended Motion for Limited Appearance of Martin R. Boles, requesting pursuant to rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Martin R. Boles in this matter and request to electronically receive notice of electronic filings. This Court has considered the Agreed Amended Motion in this matter and all other relevant factors, and it is hereby

ORDERED AND ADJUDGED that the Agreed Amended Motionfor Limited Appearance of Martin R. Boles, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings, is GRANTED. Martin R. Boles is hereby granted permission to

appear and participate in this action on behalf of Apple Computer Inc. The Clerk shall provide electronic notification of all electronic filings to Martin R. Boles at mboles@kirkland.com.

DONE AND ORDERED in Chambers at Miami, Florida this __________day of November 2007.

______________________________________
ADALBERTO J. JORDAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
See Attached Service List

**SERVICE LIST**

Janet T. Munn
jmunn@ebglaw.com
Epstein Becker & Green, P.C.
200 South Biscayne Blvd., Suite 2100
Miami, Florida 33131
Telephone: 305.375.7592
Fax: 305.982.1521
*Counsel for Defendant, Apple Computer, Inc.*

Martin Boles, Esq.
Kirkland & Ellis LLP
777 S. Figueroa Street
Los Angeles, CA 90017-5800
Tel: 1-213-680-8428
Fax: 1-213-680-8500
mboles@kirkland.com

Matthew Sarelson
msarelson@sarelson.com
Sarelson, P.A.
555 Washington Avenue, Suite 200
Miami Beach, Florida 33139-6639
Telephone: 305.674.3353
Fax: 800.421.9954
*Counsel for Plaintiffs*

John Elliott Leighton
Leighton@leesfield.com
Patricia Kennedy
Leesfield Leighton & Partners, P.A.
2350 S. Dixie Highway
Miami, Florida 33133-2314
Telephone: 305.854.4900
Fax: 305.854.8266
*Counsel for Plaintiffs*

Jay M. Levy, P.A.
jay@jaylevylaw.com
9130 South Dadeland Boulevard
Two Datran Center, Suite 1510
Miami, Florida 33156
Telephone: 305.670.8100
Fax: 305-670-4827
*Counsel for Plaintiffs*